CitiMortgage



www.citimortgage.com

02/25/11

WALTER F GREEN IV
JUDITH S GREEN
77 N LIBERTY ST
HARRISONBURG VA    22802-3740


RE:  CitiMortgage Loan #:  0003776420

Dear CitiMortgage Customer(s):

We are returning your check #725 for $940.00 because it was less than the full amount due to bring your account current.  Unless prior arrangements have been made, only the full amount due will be accepted.  Continuous delinquency is not acceptable.  CitiMortgage offers a number of programs to assist customers who experience payment difficulties, and we would be happy to discuss those options with you.

We are anxious to help you bring your mortgage account to a current status, but to do so we must speak with you immediately.  Please call us toll free at 1(800)723-7906* to discuss your account

To ensure that this payment reaches us in time, you may make your payment using Phone Pay.  Phone Pay lets you make your mortgage payment by phone using funds directly from your checking account. There is a fee for this service.

Have you considered our E-Z PAY Program?  This program will automatically deduct your mortgage payment from your checking or savings account each month.  Additional information and an application to sign up for the E-Z PAY Program are on your monthly statement.

Thank you.


Item Processing Department
CitiMortgage, Inc.

Enc. (ck)
D01LTD008


*Calls are randomly monitored and recorded to ensure quality service.

This is an attempt to collect a debt, and any information obtained will be used for that purpose.

In the event you are subject to an Automatic Stay issued by a United States Bankruptcy Court or the referenced debt has been discharged in Bankruptcy, this communication is not intended to be an attempt to collect a debt.

11022500000050

EXHIBIT A

©2008 CitiMortgage, Inc. CitiMortgage, Inc. does business as Citicorp Mortgage in NM. CitiMortgage, Inc. is an equal housing lender. Citi, Arc Design, and Citi and Arc Design are registered service marks of Citigroup Inc. *Calls are randomly monitored and recorded for quality assurance. CitiMortgage is a debt collector and any information obtained will be used for that purpose.

